**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 05-388(1) (DWF/RLE) |
| | Civil No.  08-1381 (DWF) |
| Plaintiff, | |
| v. | **MEMORANDUM** |
| | **OPINION AND ORDER** |
| Randall Gene Whitefeather, | |
| Defendant. | |

William J. Otteson, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Randall Gene Whitefeather, *Pro Se*, Defendant.

James E. Ostgard, II, Esq., Ostgard Law Office, counsel for Defendant.

**INTRODUCTION**

This matter is before the Court upon Petitioner-Defendant Randall Gene Whitefeather's ("Petitioner-Defendant") motion, pursuant to 28 U.S.C. § 2255, for an order of this Court to vacate, set aside, or correct his sentence, as well as six *pro se* discovery motions (Motion for Family & Children Services Documents (Doc. No. 77); Motion for Copies of Psychological Evaluations (Doc. No. 78); Motion for Court Transcripts (Doc. No. 79); Motion for Court Appointed Attorney's Investigative Report's (Doc. No. 80); Motion for Correspondent Letter's From Court Appointed Attorney (Doc. No. 81); and Motion for Any and All Taped Recorded Interviews with L.L.J. Victim